# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

STEPHEN ANTHONY DEBELLOTTE,
a/k/a "Cleveland King,"
a/k/a "Marcus Helleby."

**CRIMINAL COMPLAINT**

CASE NUMBER: $00-4206-SNow$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  NOVEMBER 8, 1999  in  Broward  county, in the Southern District of  Florida  defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully, MAKING A FALSE STATEMENT IN AN APPLICATION FOR A UNITED STATES PASSPORT WITH THE INTENT TO INDUCE AND SECURE THE ISSUANCE OF PASSPORTS AND THE RULES PRESCRIBED PURSUANT TO SUCH LAW; FALSE CLAIM OF U.S. CITIZENSHIP; AND FALSE OATH,

in violation of Title  18  United States Code, Section(s)  1542, 911 & 1621

I further state that I am a(n)  Special Agent  and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
JEFFREY B. HICKS, SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me, and subscribed in my presence,

8/22/00
Date

at  FORT LAUDERDALE, FL
    City and State

LURANA S. SNOW
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

## AFFIDAVIT

I, Jeffrey B. Hicks, being duly sworn, hereby depose and say that:

1. I am a Special Agent of the Diplomatic Security Service, United States Department of State and I have been employed for fourteen months. My responsibilities include conducting investigations into criminal violations of the laws governing the issuance of U.S. Passports and other travel documents used to transit international borders. I make this affidavit based upon my own knowledge and upon information and documents furnished to me in my official capacity. Since this document is made for a limited purpose, I have not included all investigative material concerning this investigation.

2. I have been assigned to investigate a complaint of false application for a United States passport in Violation of Title 18 USC §1542. Pursuant to this investigation, my agency was informed by the Fraud Prevention Coordinator, U.S. Passport Agency, Miami, Florida that on November 8, 1999 the Subject, identifying himself as Marcus Antonio Helleby, had executed an application for a U.S. passport at the United States Post Office in Hollywood, FL. In support of this application, he submitted a Florida driver's license and a New York certificate of birth which listed his date of birth as December 2, 1966. Stephen Debellotte then took an oath administered by passport application clerk, Jose Barquero, swearing or affirming that the information in the application was true and correct. Stephen Debellotte signed the application in the presence of the clerk.

3. The phone number listed on the passport application indicated that it belonged to Stephen A. Debellotte. Thereafter, a criminal history check was run on Debellotte and his photograph matched the photograph attached to the passport application submitted under the name of Marcus Helleby. A copy of Debellotte's Florida driver's license was obtained complete with a photograph that again matched the photograph attached to the passport application.

4. On June 28, 2000, the true Marcus Antonio Helleby was interviewed in the State of New York. Helleby verified that he was born on December 6, 1966, in New York City. Helleby also provided miscellaneous documentation that illustrated his identity. Helleby denied that he had ever applied for a United States Passport in Florida. Helleby recalled that he had given his birth certificate and Social Security Number to an individual who assisted in Helleby's release from a Mental institution several years ago and the documentation was never returned.

5. On August 22, 2000, your affiant located Stephen Debellotte at 1235 S. 21st Ave., Apt. 205 as opposed to Apt. 209, which was listed on the passport application. Debellotte was arrested and he provided his United Kingdom birth certificate and passport as identification complete with his photograph which again matched th photograph submitted in the passport application under the name of Marcus Helleby.

6. In view of the foregoing, I submit that there is probable cause to believe that on November 8, 1999, in Hollywood, Florida in the Southern District of Florida, Stephen A. Debellotte did willfully and knowingly make a false statement in an application for a United States passport in violation of Title 18 UCS §1542; and did falsely represent himself to be a United States citizen in violation of Title 18 USC §911; and did state under oath in a written declaration that the

2

information given in the application for a U.S. passport was true, when in fact and truth he was not a U. S. citizen, in violation of Title 18 USC §1621.

FURTHER AFFIANT SAYETH NAUGHT.

JEFFREY B. HICKS, SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Subscribed and sworn to before
me this 22 day on August, 2000

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE