## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: STEPHEN DEBELLOTTE (J)
CASE NO: 00-4206-SNOW
AUSA: DUTY / Powell
ATTY: Wilcox
AGENT: DEPT OF STATE
VIOL: PASSPORT FRAUD
PROCEEDING: I/A ON COMPLAINT
RECOMMENDED BOND: 25,000 CSB
BOND HEARING HELD - yes / no
COUNSEL APPOINTED: FPD
BOND SET @: 25,000 CSB
possible immigration hold
To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
sworn for apptm't
of counsel

Counsel may request
bond hearing once
immigration status
is cleared up.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-5 | 11 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 8/22/00   TIME: 11:00   FTL/LSS TAPE # 00 - 045   Begin: 3654   End:
and 046 recall @ 193