AUG 2 3 2000

UNITED STATES DISTRICT COURT
Southern District of Florida

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA ) Case Number: CR 00-4206-S200W
                    Plaintiff )
                              ) REPORT COMMENCING CRIMINAL
          -vs-                )        ACTION
                              )
DEBELLOTTE, STEPHEN ANTHONY   )
                    Defendant )    55439-004
***********************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
***********************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 8/22/00   0828    am/pm

(2)  Languge Spoken: ENGLISH

(3)  Offense (s) Charged: 18 USC 1542; 1621; 911 PASSPORT FRAUD

(4)  U.S. Citizen [ ] Yes   [X] No   [ ] Unknown

(5)  Date of Birth: 7 / 4 / 67

(6)  Type of Charging Document: (check one)
     [ ] Indictment   [X] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _____

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [X]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date:_____ (9) Arresting Officer: J. HICKS

(10) Agency: STATE DEPT _____ (11) Phone: 305-536-1870

(12) Comments:_____