| | |
|---|---|
| DEFT: Stephen Debelotte (J)# | CASE NO: 00-6239-CR-Dimitrouleas |
| AUSA: Roger Powell [signature] | ATTNY: FPD  Sam Smargon for Pat Hunt |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 9-21-00    11:00am    LSS

DATE: 9-21-00    TIME: 11:00am    TAPE # 00-070   PG # 1156 - 1191

ends 12:30pm

9/5