FILED by D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6239-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Stephen Debelotte

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   9-5-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: _In Custody_____

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _FPD_____

                    Address: _____

                    _____

                    Telephone: _____

BOND SET/CONTINUED:  $ _Remains in custody_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __5__ day of ___September___, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk
    00-070
    Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services