HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
SEP 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT___STEPHEN DEBELOTTE_____CASE NO:___00-6239-CR-DIMITROULEAS
AUSA___ROGER POWELL _by Larry Bardfeld___ATTY___FPD - Patrick Hunt
Tape # 00-050
 - Discovery out
 - plea negotiations

DEFT___JAMES McDONALD_____CASE NO:___99-8154-CR-ZLOCH
AUSA___CAROLYN BELL _by Larry Bardfeld___ATTY___MIKE COHEN, ESQ.
Tape # 00-050
 - Discovery out
 - plea negotiations

DEFT___ESROM WILLIAMS_____CASE NO:___00-6230-CR-DIMITROULEAS
AUSA___BERTHA MITRANI _by Larry Bardfeld___ATTY___STEPHEN ROSEN, ESQ.
Tape # 00-050
 - Discovery out
 - motion to continue filed
 - 46 + apes.

DEFT___JOSEPH SPITALARI_____CASE NO:___00-6206-CR-ZLOCH
AUSA___LARRY LAVECCHIO_____ATTY___BRIAN BIEBER, ESQ.
Tape # 00-050
 - Discovery out
 - 4 day to try
 - No audio tapes

DEFT___MARK ALAN WORTMAN_____CASE NO:___00-6249-CR-ROETTGER
AUSA___DON CHASE_____ATTY___MICHAEL MATTERS, ESQ.
Tape # 00-050
 - Discovery out      - plea negotiations
 - no motions
 - 3-4 day trial

DEFT___RAMIN BAHARMAS_____CASE NO:___00-6241-CR-ZLOCH
AUSA___ROGER POWELL _by Larry Bardfeld___ATTY___GARY ROSENBERG, ESQ.

John Cotrone, Esq. for David Applegate

DATE___9-21-00_____TIME___11:00
Tape # 00-050  Discovery out
 - no motions
 - plea negotiations
 - 2 audio tapes.