UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6239-CR-DIMITROULEAS

UNITED STATES OF AMERICA,         :

    Plaintiff,                :

v.                                :

STEPHEN DEBELOTTE,                :

    Defendant.                :
_____

FILED by ____ D.C.

SEP 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 25 day of September, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Patrick Hunt (FTL)

