## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6239-CR-WPD     DATE: October 6, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Stephen Anthony DeBilotte

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: Patrick Hunt, AFPD

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Oath sworn and questioned by the Court. Deft to enter Guilty plea to Count 1. Gvt agrees to dismiss Count 2 at time of sentencing. Court accepts Guilty plea.

CASE CONTINUED TO: 12/15/00     TIME: 11:00     FOR: Sentencing
MISC: Written plea agreement filed.

