UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6239-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

        Plaintiff, :

        v. :

STEPHEN DEBELLOTTE, :

        Defendant. :

_____ :

### UNOPPOSED MOTION TO EXPEDITE SENTENCING

Defendant, Stephen Debellotte, through counsel, respectfully moves for an expedited sentencing date, and in support states:

1. Defendant entered a guilty plea on October 6, 2000, to a count one of an indictment charging him with making a false statement on a passport application. At the time of the plea, counsel asked if the Court would consider an expedited sentencing date if, as expected, Defendant's guidelines came out in the 0-6 month range.

2. The PSI has been completed, and Defendant's guidelines are indeed 0-6 months.

3. Pursuant to the plea agreement, the government will not object to a sentence at the low end of the guideline range. Accordingly, the recommendation of the parties will be a sentence of time served.

4. Defendant's sentencing is currently set for December 15, 2000. If the Court is inclined to follow the recommendation of the parties and sentence Mr. Debellotte to time served, waiting for that sentencing date would result in unnecessary incarceration for Mr. Debellotte.



5. Accordingly, Defendant respectfully asks the Court to move his sentencing up to an earlier date, if there is time available on the Court's calendar.

6. Roger Powell, the Assistant United States Attorney handling this matter for the government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, the Defendant Stephen Debellotte, through undersigned counsel, respectfully requests that the sentencing in this cause be moved forward to an earlier date.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this ___ Day of November 2000, to Roger Powell, Assistant United States Attorney's Office, at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt