UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6239-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

        Plaintiff,             :

        v.                      :

STEPHEN DEBELLOTTE,       :

        Defendant.          :

_____:

FILED _____ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE SENTENCING

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Expedite Sentencing (DE-19), and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The sentencing in this matter is hereby reset as follows: _December 5, 2000_ _at 1:00 P.M._

DONE AND ORDERED on this _1_ day of ~~November~~ December, 2000 at Fort Lauderdale, Florida.

                                                           _William Dimitrouleas_
                                                        UNITED STATES DISTRICT JUDGE

cc:     All counsel of record

