**CRIMINAL MINUTES**

FILED by _____ D.C.
DEC 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6239-CR-WPD   DATE: December 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Stephen Anthony Deshilotte

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Deft sentenced to time served, 2 years supervised release; no fine, $100.00 Assessment

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of right to appeal.