# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **STEPHEN ANTHONY DEBELLOTTE** | Case Number: **0:00CR06239-001** |
| | Patrick Hunt, AFPD, Roger Powell, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **1**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | Knowingly Making False Statements in an Application for a Passport | 11/08/1999 | |

FILED by _____ D.C.
DEC 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through **7** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **ALL REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 12/05/2000 |
| Defendant's Date of Birth: 07/04/1967 | Date of Imposition of Judgment |
| Defendant's USM No.: 55439-004 | |
| Defendant's Residence Address: | /s/ Signature of Judicial Officer |
| **Federal Detention Center** | |
| **33 NE 4th Street** | **WILLIAM P. DIMITROULEAS** |
| **Miami** | **UNITED STATES DISTRICT JUDGE** |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| **Federal Detention Center** | December 5, 2000 |
| **33 NE 4th Street** | Date |
| **Miami** FL 33132 | |

Certified to be a true and correct copy of the document on file
Clarence Maddox
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12/5/00



No further action **required by**
the U.S. Marshals **Service.**

Ja mes A. Tassone
UNITED STATES **MARSHAL**

Ed Ruchese SDUSM